UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.                                           CASE NO: 8:08-cr-5-T-26MAP

ELOY MARTINEZ-DEMPWOLF,

   Defendant.
_____/

# O R D E R

Upon due consideration of the court file, and Defendant's argument, it is ordered and adjudged that Defendant's Motion for Restructuring Petitioner's Term of Imprisonment (Dkt. 35) is denied in light of the holding of the Eleventh Circuit Court of Appeals in its recent opinion of <u>United States v. Segarra</u>, ___ F.3d ___, 2009 WL 2932242 * 3 (Sept. 15, 2009), rejecting the approach of the Second Circuit Court of Appeals relied upon by Defendant.

**DONE AND ORDERED** at Tampa, Florida, on September 23, 2009.

                                     s/*Richard A. Lazzara*
                                     **RICHARD A. LAZZARA**
                                     **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
All pro se parties